IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENDRA HOLMES                                                              PLAINTIFF

VS.                    CASE NO. 4:07-CV-00437 RSW

THE BOARD OF TRUSTEES OF
THE UNIVERSITY OF ARKANSAS,
A Body Politic and Corporate                                          DEFENDANT

## ORDER OF DISMISSAL

The parties hereby agree that this matter has been settled, and that this cause of action should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the above captioned case is hereby dismissed with prejudice.

Dated this 9th day of April 2008.

_____
UNITED STATES DISTRICT JUDGE

_____                _____
Austin Porter Jr., No. 86145                                    Adria Nobles Kimbrough, No. 05086
PORTER LAW FIRM                                                Associate General Counsel
323 Center Street, Suite 1300                                   University of Arkansas Systems
Little Rock, Arkansas 72201                                     2404 North University Avenue
501-244-8200 – Telephone                                      Little Rock, Arkansas 72207
501-372-5567 – Facsimile                                       501-686-2528 – Telephone
Aporte5640@aol.com – Email                                501-686-2517 - Facsimile
Attorney for Plaintiff                                                 akimbrough@uasys.edu – Email
                                                                                 Attorneys for Defendant